JJoseph J. Joyce (Bar No. 4857)
**J. Joyce & Associates**
10813 South River Front Parkway, Suite 460
South Jordan, Utah 84095
Telephone: (801) 302-2255
Facsimile: (801) 302-2266

Michael Y. McCormick (*pro hac vice*)
**McCormick Hancock Newton**
1900 West Loop South, Suite 700
Houston, TX 77027
Telephone: (713)297-0700
Facsimile: (713)297-0710

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## NORTHERN DIVISION

| | |
|---|---|
| Procter & Gamble; The Procter & Gamble Distributing Company,<br><br>        Plaintiffs,<br><br>vs.<br><br>Randy L. Haugen, et al.,<br><br>        Defendants. | **MOTION IN LIMINE REGARDING "PYRAMID SCHEME" & SIMILAR PHRASES**<br><br>Civil No. 1:95CV94 TDS<br><br>Judge Ted D. Stewart<br>Magistrate Paul Warner |

Defendants Randy L. Haugen, Freedom Associates, Inc., Freedom Tools Incorporated, Steven E. Brady, Stephen L. Bybee, Eagle Business Development, Inc., Ted Randal Walker, and Walker International Network (collectively the "distributor

defendants"), by and through counsel, submit this Motion in Limine Regarding "Pyramid Scheme" & Similar Phrases.

### I. INTRODUCTION

Plaintiffs Procter & Gamble and the Procter & Gamble Distributing Company (collectively "P&G) seek to introduce the testimony and make statements concerning the allegation that Amway is a "Pyramid Scheme."

### II. GOVERNING LEGAL PRINCIPLES

"Relevant evidence" means evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence. FED. R. EVID. 401. Evidence that is not relevant is not admissible. FED. R. EVID. 402. Relevant evidence can also be excluded if its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury. FED. R. EVID. 402.

### III. P&G HAS NO "PYRAMID SCHEME" ALLEGATIONS

Amway is not a pyramid scheme. In the past P&G has made such allegations, but none are at issue here. P&G should be prohibited from referring to Defendants as a part of a pyramid scheme, graphically representing Defendants as a part of a pyramid scheme, or introducing testimony concerning "pyramid schemes." The same prohibition should apply to other, similarly derisive phrases such as "Ponzi scheme." All such references are wholly irrelevant to this dispute and are only intended to mislead and prejudice jurors.

## IV. CONCLUSION & PRAYER

P&G should be prohibited from referring to Defendants as a part of a Pyramid scheme, graphically representing Defendants as a part of a pyramid scheme, or introducing testimony concerning "pyramid schemes," "Ponzi schemes" and other similarly irrelevant allegations.

DATED this 23rd day of February, 2007.

J. JOYCE & ASSOCIATES

Electron*ically signed by Joseph J. Joyce on 2/23/07*
By
Joseph J. Joyce
Attorneys for Defendants

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the  23rd  day of February, 2007, a true and correct copy of the foregoing **MOTION IN LIMINE REGARDING "PYRAMID SCHEME" & SIMILAR PHRASES** notification of such filing to the following:

Tracy H. Fowler
James D. Gardner
Michael D. Zimmerman
Snell & Wilmer LLP

Stanley M. Chesley
Fay E. Stilz
Waite, Schneider, Bayless & Chesley Co., L.P.A.

*Electronically signed by Diane Smith on 2/23/07*