IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| PROCTER & GAMBLE CO., et al.,<br><br>　　Plaintiffs,<br><br>vs.<br><br>RANDY HAUGEN, et al.,<br><br>　　Defendants. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANTS' MOTION TO STAY JUDGMENT PENDING RESOLUTION OF POST-TRIAL MOTIONS AND FOR APPROVAL OF SURETY BOND<br><br><br>Case No. 1:95-CV-94 TS |

　　This matter is before the Court on Defendants' Motion under Fed. R. Civ. P. 62(b) seeking a stay of the Judgment pending resolution of certain post-trial motions. Plaintiffs did not file an opposition.

　　Rule 62(b) permits the Court "in its discretion and on such conditions for the security of the adverse party as are just," to issue a stay of execution during the pendency of Defendants' timely filed motions for a new trial under Fed. R. Civ. P. 59 and for judgment in accordance with a motion for a directed verdict made pursuant to Fed. R. Civ. P. 50.

The Court finds that Defendants' suggested bond amount of $19,500,000 is a condition for the security of Plaintiffs that is just under the circumstances of this case. It is therefore

ORDERED that Defendants' Motions for Stay of Enforcement of the Judgment Pending the Resolution of Post-Trial Motion and for Approval of Surety Bond (Docket No. 1164) is GRANTED and, upon filing of a surety bond in the amount of $19,500,000, enforcement of the Judgment will be stayed until ten days following resolution of Defendants' Motion under Fed. R. Civ. P. 50 and 59.[1]

DATED  May 15, 2007.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[1] Docket Nos. 1159 and 1161.